# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHERYL LEE ZACK,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>LEONARD ECKERT,<br>　　　　Defendant. | No. 5:19-cv-01808 |
| CHERYL LEE ZACK,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>LEHIGH VALLEY PAIN<br>MANAGEMENT,<br>　　　　Defendant. | No. 5:19-cv-01825 |
| CHERYL LEE ZACK,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>FRANCIS MATOS,<br>　　　　Defendant. | No. 5:19-cv-01834 |

## O R D E R

**AND NOW**, this 8th day of July, 2019, upon consideration of Plaintiff Cheryl Lee Zack's Amended Complaints (Civ. A. No. 19-1808, ECF No. 8; Civ. A. No. 19-1825, ECF No. 8; Civ. A. No. 19-1834, ECF No. 8), **IT IS ORDERED THAT**:

　　　1.　　The Complaint in Civ. A. No. 19-1808 is **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

　　　2.　　The Complaint in Civ. A. No. 19-1825 is **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

3. The Complaint in Civ. A. No. 19-1834 is **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

4. The Clerk of Court is **DIRECTED** to **CLOSE** these cases.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge